■ In the Matter of Scott Wheaton, Appellant, v Carol W. Anderson, Respondent. [638 NYS2d 379] —Order unanimously affirmed without costs. Memorandum: Respondent met her burden of demonstrating that exceptional circumstances justify her relocation to Iowa with the parties' child *(see, Matter of Pecorello v Snodgrass,* 142 AD2d 920, *appeal dismissed* 72 NY2d 1039). The record supports Family Court's determinations that the relocation was prompted by economic necessity rather than economic betterment *(see, Matter of Daniels v*

*Daniels*, 224 AD2d 931 [decided herewith]; *Matter of Raybin v Raybin*, 205 AD2d 918, 919-920) and that the child's best interests will be served by continuing custody with respondent *(see, Matter of Daniels v Daniels, supra; Ladizhensky v Ladizhensky*, 184 AD2d 756, 758). (Appeal from Order of Steuben County Family Court, Bradstreet, J.—Custody.) Present—Green, J. P., Lawton, Fallon, Callahan and Doerr, JJ.